===============================================================================

## * * * * * UNITED STATES DISTRICT COURT * * * * *

__NORTHERN__    DISTRICT OF    __NEW YORK__

JUDGMENT IN A CIVIL CASE

DOCKET NO. 6:02-CV-0866 (LEK/GHL)

JAMES H. SIMRELL,

              **Plaintiff,**

  v.

JO ANNE B. BARNHART, as Commissioner of Social Security,

              **Defendant.**

_____  **JURY VERDICT.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

__XX__  **DECISION by COURT.** This action came to trial or hearing before the Court. The issues have been tried and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report-Recommendation of the Honorable George H. Lowe, dated May 8, 2006, is **APPROVED** and **ADOPTED** in its **ENTIRETY**; **IT IS FURTHER ORDERED**, that in the above entitled action, the case is **DISMISSED** in favor of the Plaintiff and against the Defendant and this case is **REMANDED** to the Commissioner for further proceedings in accordance with the **DECISION AND ORDER** of the Honorable Lawrence E. Kahn, U. S. District Judge, dated September 26, 2006.

DATE:  September 26, 2006

__LAWRENCE K. BAERMAN__
CLERK OF THE COURT

*(signature)*

Lawrence E. Kahn
U.S. District Judge